NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:01CR8-002

ANGELA FEAGINS

On May 1, 2001 the above named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that ANGELA FEAGINS be discharged from Supervised Release.

Respectfully submitted,

Jeffrey M. Ishee
Sr. U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 13 day of December, 2006.

Honorable Roger Vinson
Senior United States District Judge

OFFICE OF CLERK

06 DEC 13 PM 2:56

FILED